UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBIN CAPERS,

    Plaintiff,

v.                                             Case No. 8:17-cv-1907-T-27MAP

I.Q. DATA INTERNATIONAL, INC.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Stipulation of Dismissal With Prejudice (Dkt. 15). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is directed to close the file.

**DONE AND ORDERED** this 17th day of November, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record